FILED
SEP 14 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

23-42519

Sept 9th 2023
1712 Baird Farm Circle #2213
Arlington, TX 76006

Dear Madam Judge,
Re: Motion Reinstate

I am attaching my doctor's report.

In addition my attorney had all information that to be was filled to the Court which was dated on August 21, 2023. I have never been in debt before. I asked my attorney to sue the Association on taking the property as I never received any notice of Foreclosure. This is required by Texas Law. He advised me to file Bankruptcy to save my property. I am 68 and mentally ill and need all the help I can get. I have never been in debt before in my life. All my credit cards are paid in full. In addition I have paid my home owner's association dues on time. I was told the bankruptcy was to protect my home being taken away illegally by Association. I need all the help I can get as I am old and 68. My attorney is Mike Surgit. Should you have any question please email me at Radeshathuraisingham@gmail.com and my phone number is 972-327-9184. Please let me know what I require further. I have never in this mess in my life before. Ever grateful to you.

Thanking you
Sincerely
Radesha. Thuraisingham

FILED
SEP 14 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS