

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 28, 2023**

_____

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-42519-ELM |
| RADESHA THURAISINGHAM, | § | |
| | § | Chapter 13 |
| Debtor. | § | |

### ORDER (1) TO SHOW CAUSE WHY THE DISGORGEMENT OF FEES SHOULD NOT BE ORDERED AND (2) SETTING SHOW CAUSE HEARING

On August 28, 2023, Radesha Thuraisingham (the "**Debtor**"), the chapter 13 debtor, filed a voluntary petition for relief under chapter 13 of the United States Bankruptcy Code, thereby initiating the above-captioned case. The Debtor commenced the case and has been proceeding in the case to date *pro se*.

It has come to the attention of the Court that on or about August 24, 2023, a mere four days prior to the bankruptcy filing, the Debtor entered into an Attorney Engagement Letter (the "**Engagement Agreement**") with Themis Legal Group, PLLC (the "**Themis Firm**") pursuant to which the Themis Firm agreed to provide the following services to the Debtor: "Represent [Debtor] regarding claim from Home Owners Association Board foreclosure, claim against HOA for bylaw violations and possible bankruptcy." *See* Docket No. 23 (pp.2-7). It appears that Attorney K. Michael Sturgill ("**Sturgill**") executed the Engagement Agreement on behalf of the Themis Firm. *See id.* (p.7). According to the Debtor, despite the fact that he allegedly paid the Themis Firm at least $4,000.00 in legal fees to provide above-described services, the Debtor was instructed to file for bankruptcy on his own without legal representation. *See id.* (p.1).

Based upon the foregoing, the Court finds cause to compel the Themis Firm and Sturgill to show cause why all amounts paid by the Debtor to the Themis Firm should not be ordered disgorged to the Debtor pursuant to 11 U.S.C. §§ 105(a) and 329(b). Accordingly, it is hereby:

**ORDERED** as follows:

1.      The Themis Firm and Sturgill shall show cause in a responsive pleading(s) filed in this case (a "**Response**") by no later than twenty-one (21) days after the date of entry of this Order (the "**Response Deadline**") why all amounts paid by the Debtor to the Themis Firm should not be ordered disgorged to the Debtor pursuant to 11 U.S.C. §§ 105(a) and 329(b).  In the event a Response is filed, a true and correct copy of the Response shall contemporaneously be served on the Debtor at 1712 Baird Farm Circle, Apt. 2213, Arlington, Texas 76006.

2.      In the event that a Response is not filed by the Response Deadline, such inaction shall be deemed to constitute the Themis Firm's and Sturgill's consent to the entry of such a disgorgement order and the Court may thereafter enter an order of disgorgement without any further notice or an opportunity for a hearing.

3.      In the event that a Response is filed by the Response Deadline, a hearing will be conducted before the Honorable Edward L. Morris, United States Bankruptcy Judge, on **Wednesday, October 25, 2023, at 1:30 p.m. (prevailing Central Time)**, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102 (the "**Hearing**"), to determine whether and to what extent the Themis Firm should be ordered to disgorge fees paid by the Debtor to the Themis Firm.  Sturgill shall attend the Hearing in person.  All other parties in interest may attend either in person or by WebEx videoconference at the following address: https://us-courts.webex.com/meet/morris.

4.      Upon the entry of this Order, the Clerk of Court is hereby directed to mail a true and correct copy of the Order to the following parties:  (1) Themis Legal Group, PLLC, Attention: Michael Sturgill, Managing Member, 209 2nd Street, #245, Fort Worth, Texas 76102; and (2) K. Michael Sturgill, 209 2nd Street, #245, Fort Worth, Texas 76102.

### #  # #   END OF ORDER   # # #