## Re: RE> Foreclosure hearing

EXHIBIT A

**RA** radeshathuraisingham@gmail.com <radeshathuraisingham@gmail.com>
Fri, 18 Aug 2023 2:58:00 PM -0500 •

To "Michael Sturgill" <mike@sappsturgill.com>

Cc "Alex R. Hernandez Jr." <admin@alexhernandezlaw.com>, "Jason LeBoeuf" <jason@leboeuflawfirm.com>

---

Thanks. This what I thought Alex network of lawyers are supposed to do. He was notified of all problems. If I had filed in the small claims court will I still have to get a medical expert to testify. I will ask my doctor whether she can testify Do you have a lawyer in mind or network of lawyers who will handle this case.

Thanks
Radesha Thuraisingham

On Friday, August 18, 2023 at 02:50:44 PM CDT, Michael Sturgill <mike@sappsturgill.com> wrote:


No, I don't work for Alex, that's a separate law firm.
You will have to have an expert testify on medical and health claims, there are rules that the court has to follow. By yourself you won't be able to get any of the medical evidence admitted.
There's a lot to your claim and you need an attorney that has experience with medical issues arising from these issues. My firm does not handle those types of claims.


**K. Michael Sturgill**

Sapp & Sturgill, PLLC

209 2nd Street, #245

Fort Worth, Texas 76102

Phone: 214-504-6318


This communication is from a debt collector in accordance with the Federal Fair Debt Collection Practices Act. All or part of the information obtained will be used for the purpose of collecting a debt.
*** The author of this transmission is an attorney. The transmission may contain privileged and confidential information, intended only for the use of the person or entity to whom it is addressed. If you are not the intended recipient, do not review, communicate about, distribute or copy this message and any attachments. If you have received this transmission in error, please notify the sender immediately by return e-mail and return the original message to mike@sappsturgill.com and delete it and all attachments from your computer.

---

---- On Fri, 18 Aug 2023 14:44:57 -0500
radeshathuraisingham@gmail.com<radeshathuraisingham@gmail.com> wrote ----


Thanks for my email.. I did not get the foreclosure hearing on the letters you sent me.

 As I told you many times I will try to present to the court on the health problems. This not only include my mental problems including reasonable accommodation as stated by the doctor but my health by inhaling toxic fumes that was spray painted from Vents by this HOA contractors. This has affected my health including causing my eye sight to deteriorate on

the long run.   The spray paint was notified by a letter dated on 4/25/2022 to the association . The HOA attorney was also informed on this incident with pictures of painted vents.  I forwarded a copy to you  In response the HOA attorney wrote on 7-10-2022 that Board has decided to replace all dryer vents.  This was never done and toxic chemicals have got into my body.
.
There is some confusion as to an attorney as I thought you were working for Alex.  You should have to sue on just the lien I will present the health problems.


Thanks
Sincerely
Radesha Thuraisingham
On Friday, August 18, 2023 at 02:05:03 PM CDT, Michael Sturgill <mike@sappsturgill.com> wrote:


Radesha, for my firm, we prepared and sent a demand letter on your behalf as we agreed to do. This service was completed and we sent you the disengagement letter notifying you that our representation had ended.

We have sent you everything that was sent to our office previously. We did not open any of the mail as we no longer represented you.

As I stated before, the issues you are raising with the medical and mental claims are outside our areas of practice and we are not able to represent you in those claims.

The last correspondence that we received from the HOA advised us that you had already had several hearings before my firm was involved and that the facts you provided us were not valid.

I can't speak for the other law firm or Mr. Hernandez in this matter.


**K. Michael Sturgill**

Sapp & Sturgill, PLLC

209 2nd Street, #245

Fort Worth, Texas 76102

Phone: 214-504-6318


This communication is from a debt collector in accordance with the Federal Fair Debt Collection Practices Act.  All or part of the information obtained will be used for the purpose of collecting a debt.
*** The author of this transmission is an attorney. The transmission may contain privileged and confidential information, intended only for the use of the person or entity to whom it is addressed. If you are not the intended recipient, do not review, communicate about, distribute or copy this message and any attachments. If you have received this transmission in error, please notify the sender immediately by return e-mail and return the original message
to mike@sappsturgill.com and delete it and all attachments from your computer.

---

---- On Fri, 18 Aug 2023 13:49:49 -0500
radeshathuraisingham@gmail.com<radeshathuraisingham@gmail.com> wrote ----

Dear Sirs:

There going to have my property foreclosed. I was told they sent the foreclosure hearing to your address. If this was done and I was informed then this client attorney breach of contract. Please respond.

Thanks
Sincerely
Radesha Thuraisingham