**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| RADESHA THURAISINGHAM | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CASE NO.: 23-42519 |

**NOTICE OF SATISFACTION OF CLAIM**
**TARRANT COUNTY - CLAIM #1**

      Now comes **Tarrant County**, a secured creditor herein, and notifies the Court and all other parties that it is filing this Notice of Satisfaction of Claim (and any amended claims thereafter filed by the taxing entity) as the balance of the Claim has been paid in full by the Debtor. Therefore, it is no longer necessary for the Trustee to pay on this claim in any plan or plan to be confirmed in this Chapter 13 proceeding.

      Respectfully submitted,

      Linebarger Goggan Blair & Sampson, LLP
      2777 N Stemmons Freeway Suite 1000
      Dallas, TX 75207
      (214) 880-0089 - *Telephone*
      (469) 221-5003 – *Fax*
      Lisa.Evans@lgbs.com

      /s/Lisa Large Evans, Attorney
      Lisa Large Evans
      Bar No. 24036379 TX

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2023, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto accepting such and a copy of such was emailed to the pro se debtor, at his email address of radeshathuraisingham@gmail.com, and mailed, via first class mail, postage prepaid to the debtor at his address of 1712 Baird Farm Circle, #2213, Arlington, TX 76006, on November 16, 2023.

      /s/Lisa Large Evans, Attorney