# United States Bankruptcy Court

_Northern_ District of _Texas_

**FILED**

NOV 16 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re Debtor Radesha Thuraisingham )
)
)
)
)
) Case No. 23-42519
)
Address 1712 Baird Farm Circle Apt NO: 2213 )
Arlington TX 76006 )
) Chapter 13
)
Last four digits of Social Security): 1052 )
)
)
)

United States Courthouse
501 West Tenth Street
Fort Worth, TX 76102

1712 Baird Farm Circle #2213
Arlington TX 76006
11/15/2023

RE: OBJECTION TO THE CLAIM AGAINST $18993.15 by OAK CREEK HOME OWNER'S ASSOCIATION.

I am filing an objection against Oak Creek Home owners Association on false fine and charges amounting to $18993.15. In addition I never got any foreclosure notice as required by Texas law. Texas law requires that the lender/servicer must send the borrower a notice of default and intent to accelerate by certified mail that provides at least 20 days to cure the default before notice of sale can be given. (The 30-day breach letter sent pursuant to the terms of the deed of trust can satisfy this requirement.) . Please also note that I am mentally ill and asked for reasonable accommodation and got none. Therefore I am requesting a hearing with the judge at earliest convenience.

Thanking You
Sincerely

_Radesha Thuraisingham_

(Radesha Thuraisingham)

CC: Shawna Dalymple, Attorney at Law
Cagle Pugh 4600 Greenville Ave., Ste. 220, Dallas, TX 75206